IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO J. PAYTON, JR.,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Case No. 21–CV–00111–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Antonio J. Payton, Jr.'s

Motion to Vacate, Set Aside, or Correct Sentence is **DISMISSED**.

**Dated: Wednesday, August 4, 2021**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
            **J. PHIL GILBERT**
            **UNITED STATES DISTRICT JUDGE**